1  Allison V. Saunders (Bar No. 220010)
   asaunders@fordharrison.com
2  Jenny S. Choi (Bar No. 285839)
   jchoi@fordharrison.com
3  FORD & HARRISON LLP
   350 South Grand Avenue, Suite 2300
4  Los Angeles, CA  90071
   Telephone: 213-237-2400
5  Facsimile:  213-237-2401

6  Attorneys for Defendant
   LOS ROBLES REGIONAL MEDICAL CENTER
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | ABIGAIL THOMPSON, | Case No. |
12 | Plaintiff, | |
13 | v. | **NOTICE OF REMOVAL OF ACTION BY DEFENDANT LOS ROBLES REGIONAL MEDICAL CENTER PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, 1446 AND 29 U.S.C. § 185(a)** |
14 | LOS ROBLES REGIONAL MEDICAL CENTER, a California corporation, and DOES 1 through 10,, | |
15 | | |
16 | Defendants. | |
17 | | Action filed:            7/31/20<br>First Amended Complaint:   8/5/20<br>Second Amended Complaint: 2/16/21<br>Date of Removal:         3/17/21 |

20     TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
21 THE CENTRAL DISTRICT OF CALIFORNIA:
22     PLEASE TAKE NOTICE that Defendant Los Robles Regional Medical
23 Center ("Hospital") files this notice of removal pursuant to 28 U.S.C. §§ 1331,
24 1367, 1441, and 1446.
25 **I.     INTRODUCTION**
26     1.     Plaintiff Abigail Thompson ("Plaintiff") filed a complaint on June 4,
27 2019 in the United States District Court for the Central District of California
28 against Hospital and Service Employees International Union Local 121RN

("Union") titled *"Abigail Thompson v. Los Robles Regional Medical Center, et al."* Case No. 2:19-cv-04876 ("Prior Action"). (Declaration of Jenny S. Choi ("Choi Decl.") ¶ 4, Ex. A.) The Prior Action included causes of action for Breach of Collective Bargaining Agreement under section 301 of the Labor Management Relations Act ("LMRA Section 301 Claim"), retaliation in violation of California Health and Safety Code section 1278.5, and race discrimination in violation of the California Fair Employment and Housing Act ("FEHA").

2. On July 14, 2019, Plaintiff filed a First Amended Complaint in the Prior Action to add claims of age discrimination and retaliation in violation of FEHA. (Choi Decl. ¶ 5, Ex. B.)

3. Both Hospital and the Union filed Motions to Dismiss the LRMA Section 301 Claim. On July 14, 2020, this Court granted the Motions to Dismiss. The Court declined to exercise supplemental jurisdiction over the remaining state claims and dismissed the Prior Action without prejudice. (Choi Decl. ¶ 6.)

4. Plaintiff filed a Notice of Appeal of the Prior Action. The Appeal is currently pending in the United States Court of Appeals for the Ninth Circuit, Case No. 20-55771. (Choi Decl. ¶ 7.)

5. On July 31, 2020, Plaintiff filed a Complaint in Ventura County Superior Court ("State Court") titled *"Abigail Thompson v. Los Robles Regional Medical Center."* (Choi Decl. ¶ 8, Ex. C.)

6. On August 5, 2020, Plaintiff filed a First Amended Complaint ("FAC"). (Choi Decl. ¶ 9, Ex. D.)

7. On October 23, 2020, Hospital filed a Stipulation and Proposed Order to Extend Time for the First Responsive Pleading by Hospital. (Choi Decl. ¶ 10, Ex. E.)

8. On November 30, 2020, Hospital filed an Answer to the FAC. (Choi Decl. ¶ 11, Ex. F.)

///

9. On January 19, 2021, Plaintiff filed a Motion for Leave to File a Second Amended Complaint ("SAC"). (Choi Decl. ¶ 12, Ex. G.) On February 1, 2021, Hospital filed an Opposition to Plaintiff's Motion. (Choi Decl. ¶ 13, Ex. H.)

10. On February 16, 2021, the State Court granted Plaintiff's Motion for Leave to File a SAC. Plaintiff filed the SAC the same day. (Choi Decl. ¶¶ 14-15, Ex. I-J.)

11. On March 15, 2021, Hospital filed an Answer to the SAC in State Court. (Choi Decl. ¶ 16, Ex. K.)

## II. NATURE OF THE SUIT

12. The SAC includes additional causes of action not previously included in the Complaint or FAC of (5) Failure to Pay Overtime Premium Under Alternative Work Week Schedule, (6) Failure to Pay Wages Due Upon Termination, (7) Failure to Provide Accurate Wage Statements, and (8) Unfair Business Practice. Plaintiff alleges that she worked under an alternative work week schedule and that she is entitled to overtime pursuant to the In-House Registry Article of the Collective Bargaining Agreement ("CBA") applicable to her during her employment at Hospital. (See, SAC ¶ 30, attached to Choi Decl. as Exhibit J.)

## III. BASIS FOR REMOVAL: FEDERAL QUESTION

13. This action is removable pursuant to 28 U.S.C. § 1441(a) and (c) in that, as shown below, it is one over which the United States District Courts have original jurisdiction under 28 U.S.C. § 1331 because the Complaint asserts a civil action arising under the laws of the United States.

14. The Fifth Cause of Action of Plaintiff's SAC for unpaid overtime asserts a violation of the CBA, which is governed by LRMA Section 301. This claim therefore arises under federal law and the district courts of the United States have original jurisdiction over all claims and actions brought under it, without regard to the amount in controversy or the citizenship of the parties. 29 U.S.C. § 185(a).

15. Accordingly, federal subject matter jurisdiction exists over Plaintiff's asserted LRMA Section 301 claim in accordance with 28 U.S.C. § 1331, and this action may thus be removed pursuant to 28 U.S.C. § 1441(a).

16. The remaining claims in Plaintiff's SAC are within this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367, in that they are so related to Plaintiff's LRMA Section 301 claim as to form part of the same case or controversy.

17. Plaintiff's state law claims do not raise novel or complex issues of state law.

### IV. THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

18. Pursuant to 28 U.S.C. § 1446(a), Hospital has attached to this notice and the declaration of Jenny S. Choi, all pleadings, process, orders, and all other filings in the state court action. (Choi Decl. ¶¶ 4-16, Exs. A-K.)

19. Plaintiff filed the SAC on February 16, 2021. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3).

20. Hospital will promptly file and serve a notice of removal to the Clerk of Superior Court of California, Ventura County. (*See* Choi Decl. ¶ 19, Ex. L.)

21. As required by 28 U.S.C. §1446(d), Hospital will give notice of this removal to Plaintiff. (Choi Decl. ¶ 19, Ex. L.)

### V. VENUE

22. This action was brought and is pending before the Superior Court of California, Ventura County.

23. Ventura County, California is located within the Central District of California.

24. Thus, venue is proper pursuant to 28 U.S.C. § 84(c)(2) because this is the "district and division embracing the place where [Plaintiff's] action is pending." 28 U.S.C. §1441(a), & 1446(a).

///

## VI. CONCLUSION

WHEREFORE, Hospital prays that the Court will remove this civil action from the Superior Court of the State of California, Ventura County, to the United States District Court for the Central District of California.  By removing the action to this Court, Hospital does not waive any defenses, objections, or motions available to it under state or federal law.

Dated:  March 17, 2021                    Respectfully submitted,

                                            FORD & HARRISON LLP


By:  */s/ Jenny S. Choi*
     Allison V. Saunders
     Jenny S. Choi
     Attorneys for Defendant
     LOS ROBLES REGIONAL
     MEDICAL CENTER

# **PROOF OF SERVICE**

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On March 17, 2021, I served a copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION BY DEFENDANT LOS ROBLES REGIONAL MEDICAL CENTER PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446**

☐ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below. My email address is mgarner@fordharrison.com. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Mark F. Sullivan<br>Law Office of Mark F. Sullivan<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361<br>Telephone: (805) 277-7224<br>Facsimile: (805) 495-7444<br>Email: mark.sullivan@fivestatelaw.com | Attorneys for Plaintiff<br>Abigail Thompson<br><br>☒ *Registered Participant in ECF System* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 17, 2021, at Los Angeles, California.

*/s/ Mary Garner*
_____
Mary Garner